David J. Feldman, Esq.
Nevada Bar No. 5947
FELDMAN GRAF, P.C.
8845 West Flamingo Rd., Suite 210
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
dfeldman@feldmangraf.com
Attorneys for Defendants
Farmers Insurance Exchange
Farmers Insurance Group

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOROTHY BUNKER, an individual, | Case No.: 2:16-cv-00683-MMD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| FARMERS INSURANCE EXCHANGE, FARMERS INSURANCE GROUP, d/b/a "FARMERS INSURANCE", a foreign corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Dorothy Bunker, by and through her counsel of record, Larry J. Weinsteen, Esq. of the Law Offices of Larry J. Weinsteen, Chtd. and Defendants Farmers Insurance Exchange and Farmers Insurance Group, by and through their counsel of record, David J. Feldman, Esq. of the law firm of Feldman Graf, P.C., that Case No. 2:16-cv-00683-MMD-PAL entitled *Dorothy Bunker v. Farmers Insurance Exchange, Farmers Insurance Group, et al.*, is hereby dismissed with prejudice and that all parties agree to bear their own attorneys' fees and costs and any interest.

A Discovery Plan and Scheduling Order has not been filed, and a trial date has not been scheduled in the above-captioned matter.

## ORDER

**IT IS SO ORDERED** that this action is DISMISSED with prejudice, and each party is to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: _____

_____
United States Judge

1

*Dorothy Bunker v. Farmers Insurance Exchange, et al.*
United States District Court Case No. 2:16-cv-00683-MMD-PAL
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS SO STIPULATED.**

Dated: 4/13/16

LAW OFFICES OF LARRY J. WEINSTEED, CHTD.
Larry J. Weinsteen, Esq.
Nevada Bar No. 4413
3225 McLeod Drive, Suite 100
Las Vegas, NV 89121
Telephone: (702) 383-3330
Facsimile: (702) 664-0545
Attorneys for Plaintiff Dorothy Bunker

Dated: 4/7/16

FELDMAN GRAF, P.C.
David J. Feldman, Esq.
Nevada Bar No. 5947
8845 W. Flamingo Road, Suite 210
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendants
Farmers Insurance Exchange
Farmers Insurance Group

IT IS SO ORDERED.

Dated: April 14, 2016

U.S. District Judge

2